**Mark COLLINS, Petitioner—Appellant,**

v.

**Arnold SCHWARZENEGGER,**
**Governor of California,**
**Respondent—Appellee.**

**No. 09–55198.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 19, 2011.*

Filed Dec. 22, 2011.

Mark Collins, March Arb, CA, pro se.

Attorney General, Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

MEMORANDUM **

Former California state prisoner Mark Collins appeals pro se from the district court's judgment dismissing his 28 U.S.C. § 2254 habeas petition without prejudice. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Collins contends that the district court erred in dismissing his petition for having failed to state a cognizable claim under 28 U.S.C. § 2254. Contrary to Collins's contention, the district court correctly concluded that Collins's claims are not cognizable under § 2254 because he fails to state facts supporting a claim challenging the legality or duration of confinement. *See Preiser v. Rodriguez,* 411 U.S. 475, 484, 93 S.Ct. 1827, 36 L.Ed.2d 439 (1973); *see also Porter v. Ollison,* 620 F.3d 952, 958 (9th Cir.2010) ("[A pro se] petitioner is not entitled to the benefit of every conceiv-

able doubt[.]")  Collins's motion to take judicial notice is denied as moot.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. Appellant. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

